UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                       )
GEORGE HILDEBRANDT, JR. and            )
PATRICIA HILDEBRANDT,                  )
                                       )
           Plaintiffs,                 )
                                       )
    v.                                 )   Civil Action No. 04-1423 (PLF)
                                       )
MIKE JOHANNS, et al.,                  )
                                       )
           Defendants.                 )
_____)

ORDER

For the reasons set forth in the Memorandum Opinion issued this same day, it is hereby

ORDERED that defendants' partial motion to dismiss [37] is GRANTED; and it is

FURTHER ORDERED that defendant Vernon Parker is dismissed in his individual capacity as a defendant in this case.


                              _____/s/_____
                              PAUL L. FRIEDMAN
                              United States District Judge

DATE: March 31, 2006